**Dismissed and Opinion Filed December 12, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-01169-CV**

**NOAH REED, Appellant**
**V.**
**LARRY HARRISON, Appellee**

**On Appeal from the 86th Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 101332-86**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Goldstein
Opinion by Chief Justice Burns

By letter dated December 1, 2022, appellant notified the Court that he would not be pursuing this appeal because the parties had settled. We treat appellant's letter as a motion to dismiss, grant the motion, and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

221169f.p05

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

NOAH REED, Appellant

No. 05-22-01169-CV        V.

LARRY HARRISON, Appellee

On Appeal from the 86th Judicial
District Court, Kaufman County,
Texas
Trial Court Cause No. 101332-86.
Opinion delivered by Chief Justice
Burns. Justices Molberg and
Goldstein participating.


In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.


Judgment entered this 12th day of December, 2022.